UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>THE STATE OF NEW YORK,<br>THE STATE OF NEW JERSEY,<br>THE STATE OF CALIFORNIA,<br>THE STATE OF COLORADO,<br>THE STATE OF CONNECTICUT,<br>THE STATE OF FLORIDA,<br>THE STATE OF GEORGIA,<br>THE STATE OF ILLINOIS,<br>THE STATE OF INDIANA,<br>THE STATE OF LOUISIANA,<br>THE STATE OF MARYLAND,<br>THE COM. OF MASSACHUSETTS,<br>THE STATE OF MICHIGAN,<br>THE STATE OF NEVADA,<br>THE STATE OF NORTH CAROLINA,<br>THE STATE OF RHODE ISLAND,<br>THE STATE OF TENNESSEE,<br>THE STATE OF TEXAS,<br>THE COM. OF VIRGINIA,<br>*ex rel*. JOHN PEPE, M.D., and RICHARD SHERMAN, M.D., | Civil Action No. 14-cv-3505<br><br>(DeArcy Hall, J.)<br>(Tiscione, M.J.) |

                Plaintiffs,

vs.

FRESENIUS SE & Co. KGaA,
FRESENIUS MEDICAL CARE AG & Co.
KGaA, FRESENIUS MEDICAL CARE
HOLDINGS, INC., FRESENIUS
VASCULAR CARE, INC., and GREGG
MILLER,

                Defendants.

**ORDER**

Upon consideration of Relators John Pepe, M.D. and Richard Sherman, M.D.'s Notice of Partial Voluntary Dismissal and the consent thereto of the United States, the Plaintiff States, and the California Department of Insurance:

IT IS ORDERED that all counts against Fresenius SE & Co. KGaA and Fresenius Medical Care AG & Co. KGaA in the Relators' Fourth Amended Complaint are dismissed without prejudice, and that Counts IV and VIII in the Relators' Fourth Amended Complaint are dismissed without prejudice as against Fresenius Medical Care Holdings, Inc., Fresenius Vascular Care, Inc., and Gregg Miller.

SO ORDERED, this __9th__ day of __August__, 2022.

                                                **s/ LDH**
                                      HON. LaSHANN DeARCY HALL
                                      U.S. DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE UNITED STATES OF AMERICA, THE STATE OF NEW YORK, THE STATE OF NEW JERSEY, THE STATE OF CALIFORNIA, THE STATE OF COLORADO, THE STATE OF CONNECTICUT, THE STATE OF FLORIDA, THE STATE OF GEORGIA, THE STATE OF ILLINOIS, THE STATE OF INDIANA, THE STATE OF LOUISIANA, THE STATE OF MARYLAND, THE COM. OF MASSACHUSETTS, THE STATE OF MICHIGAN, THE STATE OF NEVADA, THE STATE OF NORTH CAROLINA, THE STATE OF RHODE ISLAND, THE STATE OF TENNESSEE, THE STATE OF TEXAS, THE COM. OF VIRGINIA, *ex rel*. JOHN PEPE, M.D., and RICHARD SHERMAN, M.D., <br><br>                     Plaintiffs, <br><br> vs. <br><br> FRESENIUS SE & Co. KGaA, FRESENIUS MEDICAL CARE AG & Co. KGaA, FRESENIUS MEDICAL CARE HOLDINGS, INC., FRESENIUS VASCULAR CARE, INC., and GREGG MILLER, <br><br>                     Defendants. | Civil Action No. 14-cv-3505 <br><br> (DeArcy Hall, J.) <br> (Tiscione, M.J.) |

**NOTICE OF PARTIAL VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and 31 U.S.C. § 3730(b)(1), Relators John Pepe, M.D. and Richard Sherman, M.D., and their counsel hereby give notice that all counts against Fresenius SE & Co. KGaA and Fresenius Medical Care AG & Co. KGaA in Relators' Fourth Amended Complaint are voluntarily dismissed, without prejudice.

Relators further give notice that Counts IV and VIII in Relators' Fourth Amended Complaint are voluntarily dismissed, without prejudice, as against Fresenius Medical Care Holdings, Inc., Fresenius Vascular Care, Inc., and Gregg Miller.

Counsel for Relators have conferred with counsel for the United States and the United States consents to this dismissal as in the best interests of justice.

Counsel for Relators have also conferred with counsel for the Plaintiff States and with counsel for the California Department of Insurance ("CDI") and the Plaintiff States and CDI consent to this dismissal as in the best interests of justice.

Accordingly, Relators respectfully request that the Court enter the Proposed Order submitted with this Notice.

August 8, 2022                                                       Respectfully submitted,

                                                                        /s/ Raymond M. Sarola
                                                                         Raymond M. Sarola (Bar No. RS0810)

                                                               Jeanne A. Markey (*admitted pro hac vice*)
                                                               Gary L. Azorsky (*admitted pro hac vice*)
                                                               Cohen Milstein Sellers & Toll PLLC

       3 Logan Square, 1717 Arch Street
       Suite 3610
       Philadelphia, PA 19103
       Telephone: (267) 479-5700
       Fax: (267) 479-5701
       jmarkey@cohenmilstein.com
       gazorsky@cohenmilstein.com
       rsarola@cohenmilstein.com

       Michael Eisenkraft (Bar No. ME6974)
       Christopher Lometti (Bar No. CL9124)
       Cohen Milstein Sellers & Toll PLLC
       88 Pine Street, 14th Floor
       New York, NY 10005
       Telephone: (212) 838-7797
       Fax: (212) 838-7745
       meisenkraft@cohenmilstein.com
       clometti@cohenmilstein.com

       Vincent F. Pitta
       Pitta & Giblin LLP
       120 Broadway, 28th Floor
       New York, NY 10271
       Telephone: (212) 652-3890
       Fax: (212) 652-3891
       vpitta@pittagiblin.com

       *Attorneys for Relators*

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2022, I electronically filed the foregoing using the Court's CM/ECF system, which sent notification of this filing to all counsel of record.

       /s/ Raymond M. Sarola
       Raymond M. Sarola (Bar No. RS0810)