**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, THE *ex rel.* JOHN PEPE, M.D., and RICHARD SHERMAN, M.D., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 14-cv-03505 |
| FRESENIUS SE & CO., KGaA FRESENIUS MEDICAL CARE AG & CO., KgAa, FRESENIUS MEDICAL CARE HOLDINGS, INC and GREGG MILLER, M.D., | ) | |
| Defendants. | ) | |

**MOTION FOR WITHDRAWAL OF COUNSEL**

Pursuant to Local Rule 1.4 of the U.S. District Court for the Eastern District of New York, attorney Maria R. Durant, who was admitted *pro hac vice* in the above-captioned action hereby moves this Court to withdraw her appearance as counsel for Defendants Fresenius Medical Care Holdings, Inc., d/b/a Fresenius Medical Care North America and Fresenius Vascular Care, Inc., d/b/a Azura Vascular Care. As reason for this motion, Ms. Durant states that she will be departing Hogan Lovells Cadwalader US LLP effective October 16, 2026 and, as a result, is no longer able to represent defendants in this matter. Ms. Durant is not asserting a retaining or charging lien against her clients.

Defendants Fresenius Medical Care Holdings, Inc., d/b/a Fresenius Medical Care North America and Fresenius Vascular Care, Inc., d/b/a Azura Vascular Care will continue to be represented by James F. Bennett, Hannah Preston and Megan S. Heinsz of Dowd Bennett LLP and James G. McGovern of Vinson & Elkins LLP.

Respectfully submitted,

*/s/ Maria R. Durant*
Maria R. Durant (*Admitted Pro Hac Vice*)
Hogan Lovells Cadwalader US LLP
125 High Street, Ste. 2010
Boston, MA 02110
Telephone: (617) 371-1024
maria.durant@hlc.com

Dated: October 14, 2026

**CERTIFICATE OF SERVICE**

I, Maria R. Durant, hereby certify that on October 14, 2026, I served the within document via CM/ECF upon all counsel of record as well as a copy via electronic mail upon Attorney Elizabeth Mulcahy, Vice President and Deputy General Counsel, Fresenius Medical Care.

*/s/ Maria R. Durant*
Maria R. Durant